UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**DELMON MARZETT**                                          CIVIL ACTION

**VERSUS**

**DARRELL VANNOR, ET AL.**                       NO.: 20-00238-BAJ-RLB

RULING AND ORDER

Before the Court is the United States Magistrate Judge's **Report and Recommendation (Doc. 4)** pursuant to 28 U.S.C. §636(b)(1). The Report and Recommendation addresses the Complaint (Doc. 1) filed by *pro se* Plaintiff Delmon Marzett, an inmate confined at the Orleans Justice Center. The Magistrate Judge recommended that the Court decline the exercise of supplement jurisdiction over any potential state law claims and that Plaintiff's action be dismissed with prejudice for the failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. §§ 1915(e) and 1915A.

The Report and Recommendation notified the parties that, pursuant to 28 U.S.C. §636(b)(1), they had fourteen days from the date they received the Report and Recommendation to file written objections to the proposed findings of fact, conclusions of law, and recommendations therein. No objections or responses were filed by either party.

Having carefully considered the underlying Complaint, the instant motion, and related filings, the Court approves the Magistrate Judge's Report and Recommendation, and hereby adopts its findings of fact, conclusions of law, and recommendation.

**IT IS ORDERED** that the **Magistrate Judge's Report and Recommendation (Doc. 4)** is **ADOPTED** as the Court's opinion herein.

**IT IS FURTHER ORDERED** that Plaintiff's Complaint (Doc. 1) is **DISMISSED WITH PREJUDICE**.

Baton Rouge, Louisiana, this 23rd day of July, 2020

_____
**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**